1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEUTSCHE BANK NATIONAL TRUST              No.  2:13-cv-2669-KJM-KJN-PS
     COMPANY,
12
                          Plaintiff,
13                                             ORDER
          v.
14
     FREDRICK D. PATTERSON, et al.,
15
                          Defendants.
16

17          On January 7, 2014, the magistrate judge filed findings and recommendations, which were

18   served on the parties and which contained notice that any objections to the findings and

19   recommendations were to be filed within fourteen days.  No objections were filed.

20          The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

21   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

22   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully

23   reviewed the file, the court finds the findings and recommendations to be supported by the record

24   and by the proper analysis.     Accordingly, IT IS ORDERED that:

25          1.  The Findings and Recommendations filed January 7, 2014, are ADOPTED;

26          2.  This action is REMANDED to the San Joaquin County Superior Court;

27   /////

28   /////

                                                1

3.  The Clerk of Court shall serve a certified copy of the order on the Clerk of the San Joaquin County Superior Court and reference the state case number (No. 39-02013-00303329-CL-UD-STK) in the proof of service; and

4.  The Clerk of Court shall vacate all dates and close this case.

DATED:   February 19, 2014.

_____
UNITED STATES DISTRICT JUDGE